UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6101-CR-ZLOCH

8 U.S.C. §§1326(a), (b)(2)

MAGISTRATE JUDGE

UNITED STATES OF AMERICA )
 )
v. )
 )
NEVILLE LEPOLD HOOPER, )
a/k/a Roy Paul Smith, a/k/a Neville Smith, )
a/k/a Neville Lepole Smith, a/k/a )
Paul Leon Stone, a/k/a Neville Lepole )
Hooper, a/k/a Neville Lepolk Hooper, )
 )
   Defendant. )
_____)

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about February 29, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

NEVILLE LEPOLD HOOPER,
a/k/a Roy Paul Smith, a/k/a Neville Smith,
a/k/a Neville Lepole Smith, a/k/a Paul Leon Stone,
a/k/a Neville Lepole Hooper, a/k/a Neville Lepolk Hooper,

an alien, having been previously deported from the United States to Jamaica on or about September 25, 1997, and again on or about May 4, 1999, knowingly attempted to enter the United States without the Attorney General having expressly consented to such alien's reapplying for admission to



the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES OF AMERICA　　　　　CASE NO. _____

v.　　　　　　　　　　　　　　　　　**CERTIFICATE OF TRIAL ATTORNEY\***

<u>NEVILLE LEPOLD HOOPER</u>　　　　**Superseding Case Information**:

Court Division: (Select One)　　　　New Defendant(s)　　　___ Yes ___ No
　　　　　　　　　　　　　　　　　Number of New Defendants　___
___ Miami　　___ Key West　　　　Total number of counts　　　___
_X_ FTL　　___ WPB　　___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:　　　(Yes or No)　　_No_
   List language and/or dialect　　_____

4. This case will take　_2_　days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)　　　　　　　　　　　(Check only one)

   I　0 to 5 days　　_X_　　Petty　　___
   II　6 to 10 days　___　　Minor　　___
   III　11 to 20 days　___　　Misdem.　___
   IV　21 to 60 days　___　　Felony　　_X_
   V　61 days and over　___

6. Has this case been previously filed in this District Court? (Yes or No)　_No_
   If yes:
   Judge: _____　　Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?　(Yes or No)　_No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of　_2-29-00 (Krome)_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)　_No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No　If yes, was it pending in the Central Region? ___ Yes ___ No

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ROBIN S. ROSENBAUM
　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　Florida Bar No. 908223

\*Penalty Sheet(s) attached　　　　　　　　　　　　　　　　　　REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant Name: __Neville Lepold Hooper__   Case No.: _____

====================================  =============================================

Count #l: Attempted illegal reentry into U.S. after aggravated felony conviction: 8:1326(a) and (b)(2)

_____

_____

Max. Penalty: 20 years' imprisonment; $250,000.00 fine
===========================================================================
Count #

_____

_____

Max. Penalty: _____
Count

 Max. Penalty: _____
===========================================================================

Count #: _____

_____

Max. Penalty:
===========================================================================

Count #: _____

_____

Max. Penalty:
===========================================================================


===========================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.