# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

NEVILLE LEPOLD HOOPER

## WARRANT FOR ARREST

CASE NUMBER: 00-6101-CR-Zla

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Neville Lepold Hooper__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) being an alien who was previously deported from the United States to Jamaica and knowingly attempting to enter the United States without the Attorney General having expressly consented to such alien's reapplying for admission to United States

in violation of Title __8__ United States Code, Section(s) __1326(a), (b)(2)__

CLARENCE MADDOX
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Bail fixed at Pre-trial detention _requested_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

April 25, 2000, Fort Lauderdale, Florida
Date and Location

by _Lurana S. Snow_
United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ NEVILLE LEPOLD HOOPER _____

ALIAS: Roy Paul Smith, Neville Smith, Neville Lepole Smith, Paul Leon Stone, Neville Lepole Hooper, Neville Lepolk Hooper

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: ___ Jamaica _____

DATE OF BIRTH: 2-19-55; 2-19-56 _____

SOCIAL SECURITY NUMBER: 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 _____

HEIGHT: _____ WEIGHT: _____

SEX: Male _____ RACE: , Black _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: INS Inspector Angela Lear-Hernandez, 1800 Eller Drive, Suite 402, Fort Lauderdale, Florida 33316