COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: NEVILLE LEPOLD HOOPER (J)     CASE NO: 00-6101-CR-ZLOCH
AUSA: ROBIN ROSENBAUM - Mitiani     ATTY: Robin Farnsworth
AGENT: INS                          VIOL: 8:1325(a); (b)(2)
PROCEEDING I/A ON INDICTMENT        RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no          COUNSEL APPOINTED FPD
       BOND SET @ 250,000 CSB w/ Neb

SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person
3) Travel extended to:

deft advised of charges - sworn for apptmt of counsel.

Bond set - gov't reserves the right to request PTD should deft seek to post or reduce the bond.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:    Reading of Indictment Waived
                                                 plea entered
                         PTD/BOND HRG:          remanded
                                                 Discovery Order requested
                         PRELIM/ARRAIGN:

                         REMOVAL HRG:

                         STATUS CONF: 5-11  11  BSS

Date: 4-26-00   Time 11:00   FTL/LSS TAPE #00- 021   Begin: 2473  End: 2867

re-call 2810