# United States District Court

471124

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

NEVILLE LEPOLD HOOPER

**WARRANT FOR ARREST**

**CASE NUMBER:** 00-6101-CR-Zloch

TO:     The United States Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Neville Lepold Hooper _____

                                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) being an alien who was previously deported from the United States to Jamaica and knowingly attempting to enter the United States without the Attorney General having expressly consented to such alien's reapplying for admission to United States

in violation of Title __8__ United States Code, Section(s) 1326(a), (b)(2)

CLARENCE MADDOX
Name of Issuing Officer

_Denny Butler_
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

April 25, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at Pre-trial detention _requested_     by _Lurana S. Snow_
                                                        United States Magistrate Judge
                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ **Ft. Lauderdale, FL** |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/25/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | Fred Depompa, SDUSM |
| 4/26/2000 | FOR:   INS | |

7

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ NEVILLE LEPOLD HOOPER _____

ALIAS: Roy Paul Smith, Neville Smith, Neville Lepole Smith, Paul Leon Stone, Neville Lepole Hooper, Neville

Lepolk Hooper

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: ___ Jamaica _____

DATE OF BIRTH: 2-19-55; 2-19-56 _____

SOCIAL SECURITY NUMBER: 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 _____

HEIGHT: _____ WEIGHT: _____

SEX:  Male _____ RACE: ____ Black _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: INS Inspector Angela Lear-Hernandez, 1800 Eller Drive, Suite 402, Fort

Lauderdale, Florida 33316 _____