UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6101-CR-ZLOCH

UNITED STATES OF AMERICA

vs

NEVILLE LEPOLD HOOPER

ARRAIGNMENT INFORMATION SHEET

FILED by JB D.C. APR 26 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on APRIL 26, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: __CUSTODY__

                   Telephone:_____

DEFENSE COUNSEL:   Name: __FEDERAL PUBLIC DEFENDER__

                   Address:_____

                   Telephone:_____

BOND SET:          $ __250,000 CSB w/NEBBIA__

Bond hearing held: yes____   no____   Bond hearing set for_____

Dated this __26TH__ day of __APRIL__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: /s/ Jenny Butler
Deputy Clerk

Tape No. __00-021__

cc: Copy for Judge
    U. S. Attorney

