UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55283-004

UNITED STATES OF AMERICA  )
       Plaintiff  )  Case Number: CR 00-6101-CR-Zloch
      )  REPORT COMMENCING CRIMINAL
-vs-  )  ACTION
  )
Neville Leopold Hooper
    Defendant

*********************************************************
TO: Clerk's Office     MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
*********************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: __4/26/00__ (am)/pm

(2) Language Spoken: __English__

(3) Offense(s) Charged: __Reentry after Deportation__

(4) U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: __2-19-55__

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint   To be filed/(Already filed)
    Case# __00 CR 6101__

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ __PTD__
Who set Bond: _____

(7) Remarks: _____

(8) Date: __4/26/00__    (9) Arresting Officer: __LEAR__
(10) Agency: __INS__    (11) Phone: __954-356-7790__
(12) Comments: __INS Detainer__

9