DEFT: _____ Neville Lepold Hooper (no deft) _____

AUSA: _____ Robin Rosenbaum _present_

AGENT: _____

PROCEEDING: _____ Status Conference _____

BOND HEARING HELD - yes/no

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

CASE NO: _____ 00-6101-CR-Zloch _____

ATTNY: _____ FPD _Sammargon_

VIOL: _____

BOND REC: _____

COUNSEL APPOINTED:

FILED by _____ D.C.

MAY 11 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/
   travel documents.

4) Rpt to PTS as directed /or _____ x's a
   week/month by phone; _____ x's a week/month
   in person.

5) Random urine testing by Pretrial Services.
   _____ Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew:

11) Travel extended to:

12) _____ Halfway House
    _____ Electronic Monitoring

_arraignment cont_

_Govt ready - no motions_

_3 days to try_

_plead possible_

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | | | |
| DATE: 5-11-00 | TIME: 11:00am  12:15m | TAPE # 00-035  610 +640 | PG # 1 |

15