**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6101-CR-ZLOCH**

**UNITED STATES OF AMERICA**

      **v.**

**NEVILLE LEPOLD HOOPER**

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

| PLACE<br>299 E. BROWARD BLVD.<br>FT. LAUDERDALE, Fl, 33301 | COURTROOM A<br>DATE & TIME:<br>June 19, 2000, at 9:00 AM |
|---|---|

**CALENDAR CALL - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: May 25, 2000

cc:
Robin Rosenbaum, Esq., AUSA
Samuel Smargon, Esq., AFPD

