UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:  00-6101-CR-ZLOCH

UNITED STATES OF AMERICA

v.

NEVILLE LEPOLD HOOPER

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                                    COURTROOM A
299 E. BROWARD BLVD.                     DATE & TIME:
FT. LAUDERDALE, FL 33301                 June 23, 2000 at 1:30 PM

CHANGE OF PLEA   - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH
WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: June 14, 2000

cc:
Robin Rosenbaum, Esq., AUSA
Samuel Smargon, Esq., AFPD