UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER **00-6101-CR-WJZ**   DATE **6/23/00**
CLERK **Deloris McIntosh**   REPORTER **Carl Schanzleh**
PROBATION
INTERPRETER

UNITED STATES OF AMERICA v. **Neville Leopold Hooper**

U. S. ATTORNEY **Robin Rosenbaum**   DEFT COUNSEL **Samuel Smargon**

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING **Change of Plea**

RESULT OF HEARING **Deft pled guilty to count 1 of the indictment**

JUDGMENT

CASE CONTINUED TO **9/1/00**   TIME **11:30**   FOR **Sentencing**

MISC