UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

SEP 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6101-CR-Zloch     DATE 9-1-00
CLERK Michael Sullivan             REPORTER Carl Schanzlev
PROBATION                          INTERPRETER

UNITED STATES OF AMERICA v. Neville Leopold Hooper
Kathleen Rice standing in for
U.S. ATTORNEY Robin Rosenbaum  DEFT COUNSEL Samuel Smargon

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND  (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING PSR amended to remove the word "crack"; PSR #41 changed from "$200/month" to "$200/wk"; Ct. denies Deft's motion for a downward departure (DE22); 46 months as to count 1; 3 yrs supervised release; Special condition of supervised release - deportation proceedings; if deported may not return w/o permission of A/G; If deported probation is non-reporting; If Deft returns probation is reporting; Deft shall participate in a drug or alcohol treatment program; special

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____
assessment of $100; FPD appointed for purpose of appeal
MISC

23