RE: 00-6101-Cr-Zloch

FILED BY ____ D.C

01 JUL -5 PM 4:01

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

6-28-2001

My name is Neville Lepold Hooper, #11206-265, I'm currently being housed at F.C.C. Coleman-Low - P.O. Box 879, Coleman, Florida 33521, Warden of said prison is R.O. Swope.

The problem that I'm having is credit for prior custody. If I can re-call, I believe that you said for me to receive the time that I was in custody from Feb. 29, 2000 to September 1, 2000.

If you look at the P.S.I.R, on page 5 paragraph 7 then you'll see the statment that I made with the probation officer, and that I was in custody at the time that I made that statement to the probation officer.

If you would, will you clarify the time that I was in custody so I can be awarded for the time that I was in custody, from Feb. 29, 2000 to Sept. 1, 2000.

Respectfully Submitted,
Neville Hooper
Neville Lepold Hooper #11206-265
F.C.C. Coleman, Low
P.O. Box 879
Coleman, Fl. 33521

Neville Lepold Hooper #11206-265
Federal Correctional Complex
Coleman-Low
P.O. Box 879
Coleman, Florida 33521

Clerk of Court
United States District Court
Southern District of Florida
Federal Courthouse Square
301 N. Miami Avenue, Room 150
33128 Miami