UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6101-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NEVILLE LEPOLD HOOPER,

        Defendant.

_____/



**O R D E R**

THIS MATTER is before the Court upon correspondence dated June 28, 2001, purportedly signed by the Defendant, Neville Lepold Hooper. This Court has carefully reviewed said correspondence and considers same as the Defendant Hooper's Motion For Credit For Time In Custody. The Court is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant, Neville Lepold Hooper's, aforementioned Motion For Credit For Time In Custody be and the same is hereby **DISMISSED** for lack of jurisdiction of this Court to consider same.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of August, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

See attached Mailing List



UNITED STATES OF AMERICA v. NEVILLE LEPOLD HOOPER
CASE NO. 00-6101-CR-ZLOCH

Neville Lepold Hooper, <u>Pro</u> <u>Se</u>
Reg. No. 11206-265
FCC Coleman, Low
P.O. Box 879
Coleman, FL 33521

Robin Rosenbaum, Esq., AUSA
500 E. Broward Blvd.
Fort Lauderdale, FL 33301

Samuel Smargon, Esq., AFPD
One E. Broward Blvd.
Fort Lauderdale, FL 33301