UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-6500-CIV-ZLOCH
00-6101-CR-ZLOCH



NEVILLE LEPOLD HOOPER,

    Movant,

vs.                                    **FINAL ORDER OF DISMISSAL**

UNITED STATES OF AMERICA,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 11) filed herein by United States Magistrate Judge Charlene H. Sorrentino, and upon the Objections To The Magistrate Recommendation (DE 12), filed by the Movant, Neville Lepold Hooper. The Court has conducted a *de novo* review of the entire record herein and after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Movant, Neville Lepold Hooper's Objections To The Magistrate Recommendation (DE 12) be and the same is hereby **OVERRULED**;

    2. The Report Of Magistrate Judge (DE 11) filed herein by United States Magistrate Judge Charlene H. Sorrentino, be and the same is hereby approved, ratified and adopted by the Court;

    3. The Movant's Motion To Vacate (DE 1) be and the same is hereby **DENIED**;

    4. The above-styled cause be and the same is hereby **DISMISSED**; and



5. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___1st___ day of March, 2002.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

The Honorable Charlene H. Sorrentino
United States Magistrate Judge

Neville Lepold Hooper, Pro Se
Reg. No. 11206-265
FCC - Coleman Low
P. O. Box 879
Coleman, FL 33521-0879

Steven R. Petri, Esq., AUSA
For Respondent