UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-6500-CIV-ZLOCH
00-6101-CR-ZLOCH



NEVILLE LEPOLD HOOPER,

    Movant,

vs.

                                       ORDER DENYING
                                   CERTIFICATE OF APPEALABILITY

UNITED STATES OF AMERICA,

    Respondent.
_____/

    THIS MATTER is before the Court sua sponte, and the Court having carefully reviewed the entire court file herein and after due consideration, it is

    **ORDERED AND ADJUDGED** that the Court having denied the Motion To Vacate (DE 1), finds that the Movant has failed to demonstrate the deprivation of a Federal constitutional right, and that the issues are not taken in good faith. Accordingly, the issuance of a Certificate Of Appealability be and the same is hereby **DENIED** for the reasons set forth above.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____1st_____ day of March, 2002.

                                                         WILLIAM J. ZLOCH
                                                          Chief United States District Judge

Copies furnished:
See attached Mailing List



NEVILLE LEPOLD HOOPER v. UNITED STATES OF AMERICA
CASE NOS. 01-6500-CIV-ZLOCH and 00-6101-CR-ZLOCH


Neville Lepold Hooper, Pro Se
Reg. No. 11206-265
FCC - Coleman Low
P. O. Box 879
Coleman, FL 33521-0879

Steven R. Petri, Esq.
Assistant U.S. Attorney
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
For Respondent